UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00485-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. IGNACIO ORNELAS-DOMINGUEZ,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Thursday, December 17, 2009,** and responses to these motions shall be filed by **Monday, January 4 , 2010.** It is

FURTHER ORDERED that a hearing on all pending motions, if necessary, will be set at a later date. It is

FURTHER ORDERED that a 3-day jury trial is set for **Tuesday, January 19, 2010, at 9:00 a.m. in courtroom A-1002.**

    Dated: November 17, 2009

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge