UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00485-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  IGNACIO ORNELAS-DOMINGUEZ,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on December 21, 2009. The 3-day Jury Trial set to commence **Tuesday, January 19, 2010**, is **VACATED** and a Change of Plea hearing is set for **Tuesday, January 26, 2010 at 9:30 a.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  December 21, 2009